NATALIE L. WINSLOW
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:	(702) 634-5000
Facsimile:	(702) 380-8572
Email: natalie.winslow@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 847-5377
Email: andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>        Plaintiff,<br><br> v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>        Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INK PROJECTS, LLC TO FILE REPLY SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(FIRST REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have additional time, up to and including **November 29, 2023**, to file its reply supporting its motion for preliminary injunction, (ECF No. 9). The current deadline for Ink Projects to file its reply is November 24, 2023. The parties enter into this stipulation to address time and scheduling constraints on counsel for Ink Projects.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of November, 2023.

KEMP JONES LLP

By: /s/ Michael Gayan
    Michael J. Gayan, Esq., SBN 11135
    Katrina Stark, Esq., SBN 16006
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 86169

*Attorneys for Defendants*

DATED this 21st day of November, 2023.

AKERMAN LLP

By: /s/ Natalie Winslow
    Natalie L. Winslow, SBN 12125
    Andrew P. Gold
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

**IT IS SO ORDERED** November 22, 2023..

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW

2