NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile:  (954) 847-5377
Email:  andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>  Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INK PROJECTS, LLC TO FILE OPPOSITION TO DEFENDANTS' SPECIAL ANTI-SLAPP MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have additional time, up to and including **December 21, 2023**, to file its opposition to Defendants' Special Anti-SLAPP Motion to Dismiss, (ECF No. 33). The

current deadline for Ink Projects to file its opposition is December 18, 2023. The parties further stipulate and agree that Defendants shall have additional time, up to and including **January 8, 2024**, to file their related reply brief. Based on the extension for Ink Projects' opposition, Defendants' deadline to file their reply would be December 28, 2023. The parties enter into this stipulation to address time and scheduling constraints on counsel for Ink Projects and the holidays implicated during Defendants' reply time (i.e., Christmas, New Year's Eve/Day) as well as an appellate oral argument set in another matter handled by counsel for Defendants.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of December, 2023.

KEMP JONES LLP

By: */s/ Michael Gayan*
    Michael J. Gayan, Esq., SBN 11135
    Katrina Stark, Esq., SBN 16006
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 86169

*Attorneys for Defendants*

DATED this 15th day of December, 2023.

AKERMAN LLP

By: */s/ Nicholas E. Belay*
    Natalie L. Winslow, SBN 12125
    Nicholas E. Belay, SBN 15175
    Andrew P. Gold
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

**IT IS SO ORDERED** December 18, 2023.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW

2