NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile:  (954) 847-5377
Email:  andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>               Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>**(FIRST REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have additional time, up to and including **January 10, 2024**,

to file its opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6), (ECF No. 37).  The current deadline for Ink Projects to file its opposition is January 3, 2024.

The parties further stipulate and agree that Defendants shall have additional time, up to and including **January 24, 2024**, to file their related reply brief.  Based on the extension for Ink Projects' opposition, Defendants' deadline to file their reply would be January 17, 2024.

The parties enter into this stipulation to address time and scheduling constraints on counsel and the related impact of holidays during the current briefing schedule (i.e., Christmas, New Year's Eve/Day, MLK Day).

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of December, 2023.          DATED this 28th day of December, 2023.

KEMP JONES LLP                                                          AKERMAN LLP

By: */s/ Michael Gayan*                                                 By: */s/ Nicholas E. Belay*
    Michael J. Gayan, Esq., SBN 11135                    Natalie L. Winslow, SBN 12125
    Katrina Stark, Esq., SBN 16006                          Nicholas E. Belay, SBN 15175
    3800 Howard Hughes Parkway, 17th Floor      Andrew P. Gold
    Las Vegas, Nevada 86169                                   1635 Village Center Circle, Suite 200
                                                                                  Las Vegas, Nevada 89134

*Attorneys for Defendants*                                          *Attorneys for Plaintiff*

**IT IS SO ORDERED** December 29, 2023.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW

2