NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 847-5377
Email:  andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>  Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>**(SECOND REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have additional time, up to and including **January 19, 2024**, to file its opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6), (ECF No. 37). The

current deadline for Ink Projects to file its opposition is January 10, 2024.  The parties also stipulate and agree that Defendants shall have additional time, up to and including **February 9, 2024**, to file its related reply brief. The current deadline for Defendants to file their reply is January 24, 2024.

The parties enter into this stipulation to address continued time and scheduling constraints on counsel and the related impact of holidays during the briefing schedule (i.e., Christmas, New Year's Eve/Day, MLK Day).  This is the parties' second request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 10th day of January, 2024. | DATED this 10th day of January, 2024. |
| KEMP JONES LLP | AKERMAN LLP |
| By: */s/ Michael Gayan* <br> Michael J. Gayan, Esq., SBN 11135 <br> Katrina Stark, Esq., SBN 16006 <br> 3800 Howard Hughes Parkway, 17th Floor <br> Las Vegas, Nevada 86169 <br><br> *Attorneys for Defendants* | By: */s/ Nicholas E. Belay* <br> Natalie L. Winslow, SBN 12125 <br> Nicholas E. Belay, SBN 15175 <br> Andrew P. Gold <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff* |

**IT IS SO ORDERED** January 12, 2023.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572