1  MICHAEL J. GAYAN, ESQ., SBN 11135
   m.gayan@kempjones.com
2  KATRINA STARK, ESQ., SBN 16006
   k.stark@kempjones.com
3  KEMP JONES LLP
   3800 Howard Hughes Parkway, 17th Floor
4  Las Vegas, Nevada 89169
   Telephone: 702-385-6000
5
   *Attorneys for Defendants*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10  INK PROJECTS, LLC, | Case No. 2:23-cv-1568-JCM-BNW |
| 11                  Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |
| 12  v. | |
| 13  RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO, | |
| 14 | **(THIRD REQUEST)** |
| 15 | |
| 16                  Defendants. | |

17     Defendants Ruben Kasper, LLC, Ruben Estrellado, and Marvin Estrellado (collectively,

18  "Defendants"), and Plaintiff Ink Projects, LLC, through their respective counsel of record, hereby

19  stipulate and agree that Defendants shall have additional time, up to and including **February 16,**

20  **2024,** to file their Reply in Support of Motion to Dismiss Pursuant to FRCP 12(b)(6) (ECF No.

21  37). The current deadline for Defendants to file their Reply is February 9, 2024.

22  / / /

23

24  / / /

25

26  / / /

27

28

The parties enter into this stipulation to address time constraints on Defendants' counsel due to travel commitments during the current briefing schedule. This is the parties' third request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of February, 2024.

KEMP JONES LLP

By: */s/ Michael Gayan*
    Michael J. Gayan, Esq., SBN 11135
    Katrina Stark, Esq., SBN 16006
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 86169

*Attorneys for Defendants*

DATED this 8th day of February, 2024.

AKERMAN LLP

By: */s/ Nicholas Belay*
    Natalie L. Winslow, SBN 12125
    Nicholas E. Belay, SBN 15175
    Andrew P. Gold
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

**IT IS SO ORDERED** February 9, 2024.

UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW