NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 847-5377
Email: andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**PROPOSED SCHEDULING ORDER AND JOINT DISCOVERY PLAN**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to the Fed. R. Civ. P. 26(f), and U.S. District Court of Nevada Local Rules (LR or Local Rules) 26-1, Plaintiff INK PROJECTS, LLC ("Perma Blend"), by and through its counsel of record, Akerman LLP, and Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, submit the following proposed Scheduling Order and Joint Discovery Plan.

1. <u>Meeting</u>. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), meetings were held on December 1, 2023, and February 27, 2024, attended by Andrew P. Gold, Esq., of Akerman LLP, on behalf of Perma Blend and Michael J. Gayan, Esq., of Kemp Jones, LLP, on behalf of Defendants.

2. <u>Discovery Plan</u>. To date, no discovery has occurred. Within the next few days, the parties will be filing a stipulation to stay discovery pending resolution of Defendants' motions to dismiss based, in part, on Defendants' position that discovery should be stayed pursuant to NRS 41.660(3)(e). If that stipulation is denied, Defendants reserve the right to move for a stay. If the Court declines to stay discovery, the parties jointly propose to the Court the following discovery plan.

   a. <u>Subject of Discovery</u>. If the Court's rulings on Defendants' motions to dismiss do not dispose of the entire case and discovery becomes necessary, the parties will evaluate the Court's resulting orders to determine their positions on the appropriate scope of discovery. The parties have proposed the remaining comments and deadlines in this joint filing based on the current circumstances. Discovery will be needed on the following: All claims set forth in the Amended Complaint, as well as the defenses and potential counterclaims relevant to this action.

   b. <u>Discovery Cut-Off Dates</u>. Discovery will take 270 days measured from the date the Court determines discovery shall commence, preferably after the parties' proposed stay expires. For purposes of this proposed plan, the parties have included dates measured from February 29, 2024, which is the date of submission of this proposed plan, due to the open questions of the proposed stay and its expiration date. With that caveat, the discovery cut-off shall be November 25, 2024.

   c. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>.

      i. The deadline for initial expert disclosures shall be September 26, 2024, which is 60 days before the close of discovery.

      ii. The deadline for rebuttal expert disclosures shall be October 28, 2024, which is 32 days after the initial expert disclosures (30 days is a Saturday).

2

3. <u>Other Items</u>.

   a. <u>Initial Disclosures</u>. Perma Blend proposed that the parties shall serve their initial disclosures on or before March 15, 2024. Pursuant to Rule 26(a)(1)(C), Defendants objected to making any initial disclosures at this time due to the anticipated stipulation to stay discovery until after the Court rules on Defendants motions to dismiss. *See supra*, Section 2(a).

   b. <u>Amending the Pleadings and Adding Parties</u>. The deadline to file motions to amend the pleadings or add parties shall be August 27, 2024, which is 90 days before the close of discovery.

   c. <u>Dispositive Motions</u>. The deadline to file dispositive motions shall be January 3, 2025, which is 39 days after the close of discovery due to the normal 30-day deadline falling on Christmas Day and the ensuing holidays.

   d. <u>Joint Proposed Pretrial Order</u>. The deadline to file the joint pretrial order shall be February 3, 2025. Pursuant to LR 26-1(b)(5), in the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty days after decision on the dispositive motions or until further order of this Court.

   e. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>. The disclosures required by Rule 26(a)(3) and any objections to them must be included in the joint pretrial order in compliance with LR 26-1(b)(6).

   f. <u>Alternate Dispute Resolution</u>. Pursuant to LR 26-1(b)(7), the parties met and conferred about the possibility of using alternate dispute resolution processes, including mediation. The parties believe alternate dispute resolution may be a viable option at this time and are engaged in ongoing settlement discussions, including the possibility of scheduling a mediation.

   g. <u>Alternate Forms of Case Disposition</u>. Pursuant to LR 26-1(b)(8), the parties have considered consenting to the assigned Magistrate Judge under 28 U.S.C. § 636(c) and Rule 73, and the use of the Short Trial Program (General Order 2013-01), but decline to do so at this time.

h. <u>Electronic Evidence</u>. Pursuant to LR 26-1(b)(9), the parties discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberation. The parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information.

| | |
|---|---|
| DATED this 29th day of February, 2024. | DATED this 29th day of February, 2024. |
| KEMP JONES LLP | AKERMAN LLP |
| By: /s/ *Michael Gayan* | By: /s/ *Nicholas E. Belay* |
| Michael J. Gayan, Esq., SBN 11135<br>Katrina Stark, Esq., SBN 16006<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 86169 | Natalie L. Winslow, SBN 12125<br>Nicholas E. Belay, SBN 15175<br>Andrew P. Gold<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Case No. 2:23-cv-1568-JCM-BNW

DATED: 3/1/2024