NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile:  (954) 847-5377
Email:  andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>                              Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW**<br><br>**(FIRST REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have an additional seven (7) days, up to and including **July**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**19, 2024**, to file its response to defendants' supplemental brief regarding choice of law, (ECF No. 57). The current deadline for Ink Projects to file its response is July 12, 2024. *See* ECF No. 53.

The parties enter into this stipulation to address current time and scheduling constraints on counsel, including preparation for an upcoming trial in state court, and the related impact of the recent holiday during the briefing schedule. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of July, 2024.

KEMP JONES LLP

By: */s/ Katrina Stark*
Michael J. Gayan, Esq., SBN 11135
Katrina Stark, Esq., SBN 16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 86169

*Attorneys for Defendants*

DATED this 10th day of July, 2024.

AKERMAN LLP

By: */s/ Nicholas E. Belay*
Natalie L. Winslow, SBN 12125
Nicholas E. Belay, SBN 15175
Andrew P. Gold
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

**IT IS SO ORDERED**: July 12, 2024.

[signature]
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW