NATALIE L. WINSLOW
Nevada Bar No. 12125
NICHOLAS E. BELAY
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

ANDREW P. GOLD
Florida Bar No. 612367
AKERMAN LLP
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile:  (954) 847-5377
Email:  andrew.gold@akerman.com

*Attorneys for Ink Projects LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INK PROJECTS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO,<br><br>            Defendants. | Case No. 2:23-cv-1568-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW**<br><br>**(SECOND REQUEST)** |

Defendants RUBEN KASPER, LLC, RUBEN ESTRELLADO, and MARVIN ESTRELLADO (collectively, "Defendants"), by and through their counsel of record, Kemp Jones, LLP, and Plaintiff INK PROJECTS, LLC, by and through its counsel of record, Akerman LLP, hereby stipulate and agree that Ink Projects shall have an additional seven (7) days, up to and including **July 26, 2024**, to file its response to defendants' supplemental brief regarding choice of law, (ECF No. 57).

The current deadline for Ink Projects to file its response is July 19, 2024. *See* ECF No. 59. The parties enter into this stipulation to address current time and scheduling constraints on counsel for Ink Projects.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of July, 2024.   DATED this 18th day of July, 2024.

KEMP JONES LLP                              AKERMAN LLP

By: */s/ Michael J. Gayan*                  By: */s/ Nicholas E. Belay*
    Michael J. Gayan, Esq., SBN 11135         Natalie L. Winslow, SBN 12125
    Katrina Stark, Esq., SBN 16006             Nicholas E. Belay, SBN 15175
    3800 Howard Hughes Parkway, 17th Floor     Andrew P. Gold
    Las Vegas, Nevada 86169                    1635 Village Center Circle, Suite 200
                                               Las Vegas, Nevada 89134

*Attorneys for Defendants*                  *Attorneys for Plaintiff*

**IT IS SO ORDERED**: July 19, 2024.

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:23-cv-1568-JCM-BNW

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2